UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SIMA KARAPETYAN, JAZMIN CERVANTES, DESIREE ESCALANTE, ANTRENESHA WILLIAMS,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES; DEPUTY JONES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT and DOES 1 TO 20,<br><br>Defendants. | CASE NO. 2:26-cv-01248-PA (RAOx)<br><br>**ORDER ON STIPULATION TO DISMISS WITHOUT PREJUDICE PLAINTIFFS' CLAIM UNDER 42 U.S.C § 1983 ONLY**<br><br>[Assigned to Hon. Percy Anderson, Courtrooms "9A" ] |

Plaintiffs SIMA KARAPETYAN, JAZMIN CERVANTES, DESIREE ESCALANTE, and ANTRENESHA WILLIAMS ("Plaintiffs") and Defendant COUNTY OF LOS ANGELES ("Defendant"), by and through their respective counsel of record, filed a stipulation seeking to dismiss without prejudice Plaintiffs' seventh cause of action for violation of 42 U.S.C. § 1983, and remanding the action back to Los Angeles Superior Court, State of California.

After consideration of the stipulation, and GOOD CAUSE appearing therein, it is hereby Ordered as follows:

(1) Plaintiffs' seventh cause of action for violation of 42 U.S.C. § 1983 is dismissed without prejudice.

(2) This action is remanded back to the Los Angeles Superior Court, State of California.

**IT IS SO ORDERED**.

Dated: March 17, 2026

_____
Percy Anderson
United States District Judge